**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**JONATHAN N TAYLOR**<br>Debtor. | Chapter 13<br><br>Bankruptcy No. 26-14183-AMC |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, CHAPTER 13 PLAN, AND RELATED DOCUMENTS**

Debtor JONATHAN N TAYLOR, appearing pro se, respectfully moves under Federal Rules of Bankruptcy Procedure 1007(c), 9006(b)(1), and 3015(b) for an extension of the present October 19, 2026 filing deadline through and including November 19, 2026, and states:

1. Debtor filed a voluntary Chapter 13 petition on October 5, 2026 on an emergency basis because a foreclosure sheriff sale was imminent.

2. The Clerk's notice concerning missing or deficient documents establishes October 19, 2026 as the present deadline for the remaining schedules, statements, Chapter 13 plan, and related documents required at this stage of the case.

3. Debtor is proceeding without counsel and is actively compiling and reviewing the creditor, income, expense, property, and other information necessary to prepare complete and accurate schedules, statements, and a feasible Chapter 13 plan. Additional time is necessary to complete those filings accurately, and this request is made in good faith and not for delay.

4. Federal Rule of Bankruptcy Procedure 1007(c) permits an extension for cause shown; Rule 9006(b)(1) permits enlargement when the motion is filed before the original period expires; and Rule 3015(b) permits the Court, for cause, to extend the time to file a Chapter 13 plan.

5. This motion is being filed before the October 19, 2026 deadline. Local Bankruptcy Rule 9014-2(a)(4) and (14) permit the Court to decide a timely motion for an extension under Rules 1007(c) and 9006(b) without a hearing.

6. Debtor requests an extension only through and including November 19, 2026, which is exactly 45 days after the October 5, 2026 petition date. Debtor does not request any deadline later than November 19, 2026 by this motion.

7. The requested extension will allow accurate completion of the required filings and will not materially prejudice creditors or the administration of this recently filed case.

8. Debtor consents to the entry of a final order or judgment by the Bankruptcy Court to the extent such consent is required by Local Bankruptcy Rule 9014-2(b)(2).

**WHEREFORE,** Debtor respectfully requests that the Court extend through and including November 19, 2026 the deadline to file the outstanding schedules, statements, and other documents subject to extension under Federal Rule of Bankruptcy Procedure 1007(c), together with the Chapter 13 plan under Rule 3015(b), and grant such other relief as the Court deems just and appropriate.

Dated: October 16, 2026

Respectfully submitted,

[signature]

JONATHAN N TAYLOR
Debtor, Pro Se
1800 Ashbourne Road, Unit 26773
Elkins Park, PA 19027-9998
(267) 245-1169 | JNTaylor29@gmail.com

FILED
OCT 16 2026
CLERK OF COURT
BY ______ DEP. CLERK

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| **JONATHAN N TAYLOR**<br>Debtor. | Bankruptcy No. 26-14183-AMC |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME**

AND NOW, upon consideration of Debtor JONATHAN N TAYLOR's Motion to Extend Time to File Schedules, Statements, Chapter 13 Plan, and Related Documents, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

The deadline for Debtor to file the outstanding schedules, statements, and other documents subject to extension under Federal Rule of Bankruptcy Procedure 1007(c), and the Chapter 13 plan under Rule 3015(b), is EXTENDED through and including **November 19, 2026**.

This Order does not extend any deadline that cannot be enlarged by rule or statute and does not grant any extension beyond November 19, 2026.

**BY THE COURT:**

______________________________

**ASHLEY M. CHAN**
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**JONATHAN N TAYLOR**<br>Debtor. | Chapter 13<br><br>Bankruptcy No. 26-14183-AMC |

## CERTIFICATION OF SERVICE

I, JONATHAN N TAYLOR, certify that on ________________, 2026, I caused a true and correct copy of the following documents to be served on the persons listed below by the means indicated:

- Debtor's Motion to Extend Time to File Schedules, Statements, Chapter 13 Plan, and Related Documents; and
- Proposed Order Granting Debtor's Motion to Extend Time.

**Service recipients:**

| Name | Relationship | Address | Method |
|---|---|---|---|
| Kenneth E. West | Chapter 13 Standing Trustee | 190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | First Class Mail |
| Office of the United States Trustee | United States Trustee | Robert N.C. Nix, Sr. Federal Building<br>900 Market Street,<br>Suite 320<br>Philadelphia, PA 19107 | First Class Mail |
| Additional party on Clerk's Service List, if any:<br>________________ | ________________ | ________________<br>__________ | ________________ |

**I certify under penalty of perjury that the foregoing is true and correct and that service was completed using the method indicated above.**

Dated: 10/16/2026

Respectfully submitted,

[signature]

JONATHAN N TAYLOR
Debtor, Pro Se
1800 Ashbourne Road, Unit 26773
Elkins Park, PA 19027-9998
(267) 245-1169 | JNTaylor29@gmail.com

FILED
OCT 16 2026
CLERK OF COURT
BY ____________ DEP. CLERK
LJR