**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| **JONATHAN N TAYLOR**<br>Debtor. | Bankruptcy No. 26-14183-AMC |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME**

AND NOW, upon consideration of Debtor JONATHAN N TAYLOR's Motion to Extend Time to File Schedules, Statements, Chapter 13 Plan, and Related Documents, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

The deadline for Debtor to file the outstanding schedules, statements, and other documents subject to extension under Federal Rule of Bankruptcy Procedure 1007(c), and the Chapter 13 plan under Rule 3015(b), is EXTENDED through and including **November 2, 2026.**

This Order does not extend any deadline that cannot be enlarged by rule or statute and does not grant any extension beyond November 2, 2026.

**BY THE COURT:**

**ASHELY M. CHAN**
Chief United States Bankruptcy Judge